# Court of Appeals
# of the State of Georgia

ATLANTA,  January 23, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0261.  IN THE INTEREST OF A. M. et al, CHILDREN (MOTHER).**

The mother of the above-referenced minor children seeks discretionary review of the juvenile court's order ruling that the Muscogee County Department of Family and Children Services is not required to provide services intended to reunify her with the children. The juvenile court's order, however, is directly appealable. See *In the Interest of S. A. W.*, 228 Ga. App. 197, 199 (1) (491 SE2d 441) (1997). We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. The mother shall have ten days from the date of this order to file a notice of appeal with the juvenile court. If she has already filed a notice of appeal, she need not file a second notice. The clerk of the juvenile court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta,  01/23/2019
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*